**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DERRICK D. FREDERICK,**

      **Petitioner,**

**v.**                                                              **Case No. 4:19cv367-MW/CAS**

**MARK INCH, Secretary,
Florida Department of Corrections,**

      **Respondent.**
_____/

**REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION**

Petitioner Derrick D. Frederick, a state inmate proceeding pro se, has

filed petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.   ECF

No. 1.   He has not paid the filing fee or submitted a motion for leave to

proceed in forma pauperis.

Petitioner Frederick is currently incarcerated at the New River

Correctional Institution, in Raiford, Florida, which is located in the Middle

District of Florida.   *See* ECF No. 1; 28 U.S.C. § 89(b).   In his § 2254

petition, he challenges a state court conviction and sentence entered by the

Fourth Judicial Circuit, in and for Duval County, which is also located in the

Middle District of Florida.   *See* ECF No. 1; 28 U.S.C. § 89(b).

Jurisdiction is appropriate in the district of confinement and the district

of conviction.   28 U.S.C. § 2241(d) (providing that state prisoner may file habeas petition in district where he was convicted and sentenced or in district where he is incarcerated).   Because Petitioner Frederick is not confined in this district and his state court conviction is not from a state court in this district, jurisdiction is not appropriate in the Northern District. Accordingly, the petition should be transferred to the United States District Court for the Middle District of Florida, Jacksonville Division, the district of conviction and confinement.   *Id*.; M.D. Fla. R. 1.02(b)(1).

It is therefore respectfully **RECOMMENDED** that the case file, including any service copies and pending motions, be **TRANSFERRED** to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on August 8, 2019.

<u>S/ Charles A. Stampelos</u>
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## <u>NOTICE TO THE PARTIES</u>

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2).   A copy of the objections shall be served upon all other parties.   A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.   Fed. R. Civ. P. 72(b)(2).   <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control</u>.   If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a Report and Recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.   *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.**