IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DERRICK D. FREDERICK,**

    Petitioner,

v.                               Case No. 4:19cv367-MW/CAS

**MARK INCH, Secretary,**
**Florida Department of Corrections,**

    Respondent.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation to Transfer § 2254 Petition. ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The case file, including any service copies and pending motions, is **TRANSFERRED** to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings." The Clerk shall close the file.

**SO ORDERED on September 10, 2019.**

                                        **s/ MARK E. WALKER**
                                        **Chief United States District Judge**